FILED
CLERK, U.S. DISTRICT COURT
1/6/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cd___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSHUA VILLEGAS,<br>　aka "midget13_,"<br>　aka "j.ranero13,"<br><br>　　　　Defendant. | CR 2:23-cr-00005-JLS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Distribution of<br>Fentanyl Resulting in Death] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 30, 2020, in Los Angeles County, within the Central District of California, defendant JOSHUA VILLEGAS, also known as ("aka") "midget13_," aka "j.ranero13," knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

//
//
//
//
//

("fentanyl"), a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of H.D.

A TRUE BILL

      /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

JENNA WILLIAMS
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section